**ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND**

**v.**

**PETER JEROME EIDE**

| | |
|---|---|
| * | IN THE |
| * | COURT OF APPEALS |
| * | OF MARYLAND |
| * | Misc. Docket AG No. 42 |
| * | September Term, 2019 |

## O R D E R

Upon consideration of Petitioner's Recommendation for Placement on Inactive Status, and the record herein, it is this 5th day of March, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Recommendation be, and it is hereby GRANTED pursuant to Maryland Rule 19-741(c)(1)(D), and the Respondent, Peter Jerome Eide, is hereby placed on Inactive Status, and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Peter Jerome Eide from the register of attorneys in this Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk